JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200     Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@hotmail.com

Attorneys for Plaintiff DWIGHT BLUEFORD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BLUEFORD,<br><br>           Plaintiff,<br><br>      vs.<br><br>CHRIS HARPER, individually and in his capacity as a police officer for the CONTRA COSTA COMMUNITY COLLEGE DISTRICT POLICE DEPARTMENT; and, Contra Costa Community College District police officers DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 08-03749 WHA<br><br>**REQUEST AND ~~(PROPOSED)~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

       The Plaintiff by and through his designated counsel hereby respectfully requests the Case Management Conference on November 13, 2008, at 11:00 a.m. be continued for thirty (days) or to December 11, 2008 at 11:00 a.m.

       Good cause being the Summons and Complaint in this matter have not been served on Defendant Chris Harper. The Defendant is no longer employed at Contra Costa Community College District Police Department. Plaintiff's counsel has hired a private investigator to locate the Defendant and expect to have him served within the next thirty (30) days.

REQUEST AND (PORPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - 1

Respectfully submitted,

Benjamin Nisenbaum
Attorney for Plaintiff
DWIGHT BLUEFORD

## ORDER

GOOD CAUSE APPEARING, the Case Management Conference is continued to December 11, 2008 at 11:00 a.m.

Dated: November 13, 2008.



Honorable William Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup