IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DWIGHT BLUEFORD,

    Plaintiff,

  v.

CHRIS HARPER, individually and in his capacity as a police officer for the CONTRA COSTA COMMUNITY COLLEGE DISTRICT POLICE DEPARTMENT, and CONTRA COSTA COMMUNITY COLLEGE DISTRICT POLICY OFFICERS DOES 1–10, inclusive,

    Defendants.

No. C 08-03749 WHA

**ORDER DENYING SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** plaintiff's request to continue the case management conference for sixty days.

**IT IS SO ORDERED.**

Dated: December 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE