IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BLUEFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRIS HARPER, individually and in his capacity as a police officer for the CONTRA COSTA COMMUNITY COLLEGE DISTRICT POLICE DEPARTMENT, and CONTRA COSTA COMMUNITY COLLEGE DISTRICT POLICY OFFICERS DOES 1–10, inclusive,<br><br>    Defendants.<br>                                                / | No. C 08-03749 WHA<br><br>**ORDER RE SERVICE OF SUMMONS** |

The Court is in receipt of plaintiff's request for an order authorizing service of summons by publication. By **THURSDAY, FEBRUARY 5 AT 5 P.M.**, plaintiff must submit an explanation of why he did not seek a Court order to enforce the subpoena to get the information necessary to serve the summons.

**IT IS SO ORDERED.**

Dated: February 4, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE