```
 1  LOUIS A. LEONE, ESQ. (SBN: 099874)
    CLAUDIA LEED, ESQ. (SBN: 122676)
 2  ANDREA MAKELY RITIGSTEIN (SBN: 182674)
 3  STUBBS & LEONE
    2175 N. California Blvd., Suite 900
 4  Walnut Creek, CA  94596
    Telephone: (925) 974-8600
 5  Facsimile: (925) 974-8601
 6  e-mail: leonel@stubbsleone.com
            leedc@stubbsleone.com
 7          ritigsteina@stubbsleone.com
 8
    Attorneys for Defendant
 9  CHRIS HARPER
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DWIGHT BLUEFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHRIS HARPER, individually and in his capacity as a police officer for the CONTRA COSTA COMMUNITY COLLEGE DISTRCT POLICE DEPARTMENT; and, Contra Costa Community College District police officers DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO.:  08-03749 WHA<br><br>STIPULATION AND [PROPOSED] ORDER RE: HEARING AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO VACATE ENTRY OF DEFAULT |
|---|---|

It is hereby stipulated by plaintiff, DWIGHT BLUEFORD, by and through his attorneys, the Law Offices of John H. Burris, and defendant, CHRIS HARPER, by and through his attorneys, Stubbs & Leone, that the hearing on Defendant's Motion to Vacate Entry of Default will be heard at the same time of the plaintiff's motion for judgment by default on August 20, 2009 at 8:00 a.m.

/ / /

---

STIPULATION AND [PROPOSED] ORDER
RE: HEARING ON DEFENDANT'S MOTION
TO VACATE ENTRY OF DEFAULT

08-03749 WHA

1

It is further stipulated that plaintiff will file and serve his opposition brief to the Defendant's Motion to Vacate Entry of Default on or by August 11, 2009 by 5:00 p.m. Defendant will file and serve his reply brief on or by August 17, 2009 by 5:00 p.m.

IT IS SO STIPULATED:

Dated: August 6, 2009        **LAW OFFICES OF JOHN BURRIS**

_____/s/_____
BENJAMIN NISENBAUM, ESQ.
Attorney for Plaintiff
DWIGHT BLUEFORD

Dated: August 6, 2009        **STUBBS & LEONE**

_____
CLAUDIA LEED, ESQ.
Attorney for Defendant
CHRIS HARPER

ORDER

Pursuant to the Stipulation of the parties, it is hereby ordered that the defendant's Motion to Vacate the Entry of Default Judgment will be heard on August 20, 2009 at 8:00 a.m. Plaintiff is to serve and file his opposition on or by August 11, 2009 by 5:00 p.m. Defendant is to serve and file his reply brief on or by August 17, 2009 by 5:00 p.m.

IT IS SO ORDERED:

Dated: August 12, 2009



HONORABLE WILLIAM ALSUP
IT IS SO ORDERED
Judge William Alsup

STIPULATION AND ~~PROPOSED~~ ORDER
RE: HEARING ON DEFENDANT'S MOTION
TO VACATE ENTRY OF DEFAULT

08-03749 WHA

2