IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DWIGHT BLUEFORD,

    Plaintiff,

  v.

CHRIS HARPER, et al.,

    Defendants.
                               /

No. C 08-03749 WHA

**ORDER RE STATUS OF DISMISSAL**

On August 17, 2009, the parties represented that they had reached a settlement in this action contingent on the approval of the Contra Costa Community College Board. That same day an order vacated the hearing on the parties' pending motions per the parties' request (Dkt. No. 37). The order also stated that the parties had 21 days to finalize the dismissal. To date, a dismissal has not been filed. The parties are **ORDERED** to respond by **NOON ON SEPTEMBER 18, 2009**, and explain their failure to timely file a dismissal.

**IT IS SO ORDERED.**

Dated: September 11, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE